AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __DELAWARE__

Dwight L. Davis

V.

City of Wilmington
James M. Baker, Mayor
John Sheridan, City Solicitor
Samuel Prado, Wilmington City Council

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 05-618

TO: (Name and address of Defendant) John Sheridan Esq., City Solicitor
City of Wilmington Law Department
800 N. French Street 9th Floor
Wilmington, Delaware 19801

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Dwight L. Davis Pro Se'
800 W 9th Street
Wilmington, Delaware 19801
302-654-1953

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**PETER T. DALLEO**

CLERK

Evette Walas
(By) DEPUTY CLERK

DATE  AUG 2 3 2005

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 8-23-05 |
| NAME OF SERVER (PRINT) Karen Kinslow | TITLE Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: City of Wilmington Law Dept. 800 N. French Street 9th Floor Wilmington, Delaware 19801

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   8-23-05
                  Date

Karen Kinslow
Signature of Server

456 Robinson Dr Wilm DE 19801
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.