AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ **DELAWARE** _____

Dwight L. Davis Pro Se

V.

City of Wilmington
James M. Baker, Mayor
John Sheridan, City Solicitor
Samuel Prado, Wilmington City Council

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: - 05 - - 6 1 8

TO: (Name and address of Defendant)

Samuel Prado, 5th District Representative
% City of Wilmington Law Department
800 N. French Street 9th Floor
Wilmington, Delaware 19801

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Dwight L. Davis Pro
800 W 9th Street
Wilmington, Delaware 19801
302 654 1993

an answer to the complaint which is served on you with this summons, within ____ 20 ____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

# PETER T. DALLEO

AUG 2 3 2005

CLERK                                    DATE

Evette Wakin

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 8-23-05 | |
| NAME OF SERVER (PRINT) Karen Kinslow | TITLE Server | |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: City of Wilmington Law Dept 800 N. French Street 9th Floor Wilmington, Delaware 19801

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___8-23-05___     _Karen Kinslow_____
            Date              Signature of Server

            456 Robinson Dr Wilm DE19801
            Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.