IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DWIGHT L. DAVIS, | : | |
| | : | |
| PLAINTIFF, | : | |
| | : | |
| v. | : | C.A. NO. 05-618 KAJ |
| | : | |
| CITY OF WILMINGTON, JAMES M. BAKER, in his official capacity as the Mayor of the City of Wilmington, JOHN SHERIDAN, in his official capacity as the City Solicitor of the City of Wilmington, SAMUEL PRADO, in his official capacity as Fifth District Representative on Wilmington City Council. | : : : : : : : : : | |
| DEFENDANTS. | : | |

**DEFENDANTS' MOTION FOR LEAVE TO FILE A MEMORANDUM OF POINTS AND AUTHORITIES IN LIEU OF AN OPENING BRIEF**

COME NOW, the Defendants, City of Wilmington, Mayor James M. Baker, City Solicitor John Sheridan, and Samuel Prado (hereafter collectively "the Defendants"), by and through the undersigned counsel, and hereby move this Honorable Court for leave to file their Memorandum of Points and Authorities in Support of the Defendants' Motion to Dismiss, filed simultaneously herewith in lieu of an Opening Brief, as permitted by Dist. Ct. L.R. 7.1.2(b).

1.   Dist. Ct. L.R. 7.1.2(b) provides that "[t]he Court may order or the parties may agree to serve and file . . .statements of points and authorities in memorandum form in place of briefs."

2.   The arguments set forth in the Defendants' Motion in Dismiss do not require complex factual analysis, and for the sake of judicial economy, Defendants move for leave to file a Memorandum of Points and Authorities in lieu of an Opening Brief.

3.     In accordance with D.Del. L.R. 7.1.1, undersigned counsel, by letter of September 6, 2005, has made an effort to reach an agreement with the opposing party on Defendants request for leave to file their Memorandum of Points and Authorities (see Exh. "A").  As of September 12, 2005, Plaintiff has not responded to undersigned counsel's request to to stipulate to Defendants' non-dispositive motion for leave to file the Memorandum.

WHEREFORE, Defendants respectfully move for leave to file a Memorandum of Points and Authorities in lieu of an Opening Brief, pursuant to D. Del. L.R 7.1.2(b).  An appropriate form of order is attached.

    CITY OF WILMINGTON LAW DEPARTMENT

    /s/ Alex J. Mili, Jr.
    Alex J. Mili, Jr., Esquire (Id. # 4125)
    Assistant City Solicitor
    800 N. French Street, 9th Floor
    Wilmington, DE 19801
    (302) 576-2175
    Attorney for Defendants City of Wilmington, Mayor James M. Baker, Samuel Prado, and John Sheridan

Dated:  September 12, 2005