IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DWIGHT L. DAVIS, | : | |
| | : | |
|    PLAINTIFF, | : | |
| | : | |
| v. | : | C.A. NO. 05-618 KAJ |
| | : | |
| CITY OF WILMINGTON, JAMES M. BAKER, in his official capacity as the Mayor of the City of Wilmington, JOHN SHERIDAN, in his official capacity as the City Solicitor of the City of Wilmington, SAMUEL PRADO, in his official capacity as Fifth District Representative on Wilmington City Council. | : | |
| | : | |
|    DEFENDANTS. | : | |

## ORDER

**IT IS HEREBY ORDERED** that on this _____ day of _____, 2005, Defendants' Motion for Leave to file a Memorandum of Points and Authorities in Support of Defendants' Motion to Dismiss is hereby GRANTED.

.

 

_____
J.