City of Wilmington
Delaware

ES M. BAKER
MAYOR

LOUIS L. REDDING - CITY/COUNTY BUILDING
800 FRENCH STREET
WILMINGTON, DELAWARE
19801 - 3537

**Law Department**
**(302) 576-2175**

September 6, 2005

Dwight L. Davis
800 West 9th Street
Wilmington, DE 19801

**RE: Davis v. City of Wilmington et al. - Civil Action No. 05-618; Proposed Stipulation of Agreement Pursuant to Local Rule 7.1.1.**

Dear Mr. Davis:

In accordance with Local Rule 7.1.1, I am enclosing for your signature a stipulation of agreement for Defendants to file a Memorandum of Points and Authorities in Lieu of an Opening Brief in support of my Motion to Dismiss in the above-captioned matter. If you are agreeable to the stipulation, please sign it and return in to me. If you are not agreeable to the stipulation, please advise **in writing**. If I do not receive a response from you by September 12, 2005, I will move for leave to file the Memorandum of Points and Authorities.

Very truly yours,

Alex J. Mili, Jr.
Assistant City Solicitor

Enclosure (Stipulation)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DWIGHT L. DAVIS,

PLAINTIFF,

v.

C.A. NO. 05-618

CITY OF WILMINGTON, JAMES M. BAKER, in his official capacity as the Mayor of the City of Wilmington, JOHN SHERIDAN, in his official capacity as the City Solicitor of the City of Wilmington, SAMUEL PRADO, in his official capacity as Fifth District Representative on Wilmington City Council.

DEFENDANTS.

**STIPULATION**

IT IS HEREBY STIPULATED, by and between the parties in the above captioned case, that with the Court's approval, Defendants shall have leave to file a Memorandum of Points and Authorities in Lieu of an Opening Brief in Support of their Motion to Dismiss. The Plaintiff shall have leave to file a Memorandum of Points and Authorities in Lieu of an Answering Brief, and if necessary Defendants shall have leave to file a Memorandum of Points and Authorities in Lieu of a Reply Brief.

Alex J. Mili, Jr., Esquire (I.D. #4125)
Assistant City Solicitor
City of Wilmington Law Department
800 French Street, 9th Floor
Wilmington, DE 19801
Attorney for Defendants

Dated: 9/6/05

Dwight L. Davis
800 West 9th Street
Wilmington, DE 19801
Pro Se Plaintiff

Dated: ________