IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DWIGHT L. DAVIS,                              :
                                             :
        PLAINTIFF,                           :
                                             :
        v.                                   :        C.A. NO. 05-618 KAJ
                                             :
CITY OF WILMINGTON, JAMES M.                 :
BAKER, in his official capacity as the       :
Mayor of the City of Wilmington,             :
JOHN SHERIDAN, in his official               :
capacity as the City Solicitor of the City of :
Wilmington, SAMUEL PRADO, in his             :
official capacity as Fifth District          :
Representative on Wilmington City            :
Council.                                     :
                                             :
        DEFENDANTS.                          :

## DEFENDANTS' MOTION TO DISMISS

COME NOW, Defendants, by and through undersigned counsel, and hereby move this

Honorable Court to enter an Order dismissing Plaintiff's Complaint, pursuant to Fed. R. Civ. P.

12(b)(1) for lack of subject matter jurisdiction, and pursuant to Fed. R. Civ. P. 12(b)(6) for failure

to state a claim upon which relief may be granted.  In support of their Motion, Defendants present

their Memorandum of Points and Authorities filed simultaneously herewith.

                              CITY OF WILMINGTON LAW DEPARTMENT

                              ___/s/ Alex J. Mili, Jr._____
                              Alex J. Mili, Jr., Esquire (Id. # 4125)
                              Assistant City Solicitor
                              Louis L. Redding City/County Bldg.
                              800 N. French Street, 9th Floor
                              Wilmington, DE 19801
                              (302) 576-2175
                              Attorney for Defendants City of Wilmington, Mayor
Dated: September 12, 2005     James M. Baker, Samuel Prado, and John Sheridan