IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DWIGHT L. DAVIS, | : | |
| | : | |
|    PLAINTIFF, | : | |
| | : | |
| v. | : | C.A. NO. 05-618 KAJ |
| | : | |
| CITY OF WILMINGTON, JAMES M. BAKER, in his official capacity as the Mayor of the City of Wilmington, JOHN SHERIDAN, in his official capacity as the City Solicitor of the City of Wilmington, SAMUEL PRADO, in his official capacity as Fifth District Representative on Wilmington City Council. | : | |
| | : | |
|    DEFENDANTS. | : | |

## CERTIFICATE OF SERVICE

I, Alex J. Mili, Jr., Esq., hereby certify that on this 12th day of September, 2005, I electronically filed Defendants' Motion to Dismiss with the Clerk of Court using CM/ECF, which will send notification of such filing to the following. Counsel has also forwarded a hard copy via U.S. Mail postage prepaid to the following individual:

        Dwight L. Davis
        800 West 9th Street
        Wilmington, DE 19801

        /s/ Alex J. Mili, Jr.
        Alex J. Mili, Jr., Esquire (Id. # 4125)
        Assistant City Solicitor
        Louis L. Redding City/County Bldg.
        800 N. French Street, 9th Floor
        Wilmington, DE 19801
        (302) 576-2175
        Attorney for Defendants City of Wilmington, Mayor James M. Baker, Samuel Prado, and John Sheridan