## In the Superior Court of the State of Delaware in and For New Castle County

DWIGHT L. DAVIS )
    Plaintiff )
vs. )
Samuel (Sammy) Prado )
    Defendant )

04M - 11-005

**PETITION CONTESTING NOVEMBER 2, 2004 ELECTION, BETWEEN SAMUEL (SAMMY) PRADO AND DWIGHT L. DAVIS FOR THE 5TH DISTRICT CITY COUNCIL**

Comes Now, Dwight L. Davis, pursuant to: jurisdiction of Title 15, Ch. 59, contested Elections, Subchapter III. Other Offices, § 5941 (2), and General Provisions, of §7528 of the Delaware Code, and The Delaware State Constitution, Article 2, Section 14, See Exhibits (A), (B), (C), (D), and (E) and states:

That the winner Samuel (Sammy) Prado of the November 2, 2004 General Election for Wilmington City Council is contested and we respectfully request this Honorable Court to make null and void the results of this election, for the following:

### FACTS

1. The October 18, 2004 letter from the Delaware State Department of Elections for New Castle County signed by Elaine Manlove, Administrative Director and Howard Sholl, Jr. Deputy Administrative Director, revealed that the name Dwight L. Davis, Republican Candidate for Wilmington City Council 5th District had been "unintentionally not been printed on some of our ballots".

2. At the time of the General Election Samuel (Sammy) Prado was not eligible at the time for elected office..

    Sammy (Sammy) Prado was appointed by Mayor Baker as a specialist in the Office of Constituent Services. Sammy is employed by the Executive Office of Wilmington City Government; and the democratic nominee for the 5th District of Wilmington City Council. Mayor Baker has used his office to apply for the received federal loans and grants, which help in part to fund Mr. Prado's position. Hatch Act prohibits covered employees from using official authority or influence to interfere with or affect the results of a nomination or election, be candidates for public office in a partisan election.

3. Samuel (Sammy) Prado is a "Public Officer" in violation of Article II, Section 14 and Article XV, Section 5 of the Delaware Constitution that prohibits "Dual Office Holding" and the "Separation of Powers Principles".

B-1

"Office Holding" and the "Separation of Powers Principles".

4. Elected and Appointed "Public Officers" have the duty to enforce the laws of the city that entail a delegation of a function of sovereignty; which is the most important characteristic of a "Public Officer". Other characteristics found to apply was that "Public Officers" took an oath and they are not volunteers. Article II, Section 14 prohibits individuals from holding office in separate branches of City Government. Therefore, it stands to reason that an individual should be inhibited from being a candidate for an office that he is ineligible to hold.

5. The Delaware Supreme Court on the question of "Public Officers" criteria stated: "no single definition will dispositively identify who is a public officer, as that term is used in several of the Delaware Constitution. In determining who is a "Public Officer" this court has identified four non exclusive criteria, which are most frequently indicative of a public office; (1) the exercise of some portion of the States (City) sovereign power; (2) tenure in office; (3) fees and emoluments, and (4) oaths of office. Opinion of the justices, Del Supr., 245A. 2d 172 174 N2 (1968). "The court has observed. If the imposition has for its primary object the discouragement of dangerous employment's, the protection of the safety of the public or of citizens or the regulation of relative rights, privileges or duties as between individuals, then the legislative may fairly be regarded as an exercise of the police power for the public welfare"

THEREFORE, Dwight L. Davis, flesh and blood man, petitioner respectfully submits these obvious violations of the Constitution of the State of Delaware which deprived him of the right to a fair and truthful election in the November 2, 2004 election. Davis request this Honorable Court make null and void the candidacy of opponent Samuel (Sammy) Prado, and grant to Davis any and al relief as this Court deems appropriate.

Dwight L. Davis, Pro Se'
800 West 9th Street

B-2

# CERTIFICATE OF SERVICE

I, Dwight L. Davis, hereby certify that two (2) correct copies of the attached petition concerning the November 2, 2004 election, between Samuel (Sammy) Prado and Dwight L. Davis for the 5th City Council, was delivered by first class mail to:

1. Samuel (Sammy) Prado
   1001 Kirk Street
   Wilmington, DE 19805

2. Mayor James M. Baker
   C/o John Sheridan, City Solicitor, City of Wilmington
   800 N. French Street 9th Floor, Law Department
   Wilmington, DE 19801

3. Elaine Manlove, Administrative Director
   Delaware Department of Elections for New Castle County
   Carvel State Office Building
   820 N. French Street
   Wilmington, DE 19801-3531

_[signature]_
Dwight L. Davis, Pro Se
800 West 9th Street
Wilmington, DE 19801
(302) 654-1993

November 3, 20