IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

In Re: Petition of Dwight L. Davis )
Contesting the Election in the 5th )
District of the City of Wilmington ) C.A. No. 04M-11-005
for City Council of the City of )
Wilmington )
)
)
)

## ORDER

The Superior Court of the State of Delaware, in and for New Castle County, sitting as the Board of Canvass pursuant to Article V, §6 of the Delaware Constitution and pursuant to 16 *Del. C. Ch. 57,* having considered a November 3, 2004 petition of Dwight L. Davis to "make null and void the results of [the election for Wilmington City Council in the 5th Council District]," hereby dismisses the petition because of its failure to have invoked the proper jurisdiction of the Board of Canvass, including its failure to have complied with Superior Court Civil Rule 109.

**IT IS SO ORDERED.**

James T. Vaughn, Jr.
President Judge

November 4, 2004

Richard R. Cooch
Resident Judge

B-22