In the Supreme Court of the State of Delaware

DWIGHT L. DAVIS, Pro Se' Plaintiff, Below )
    Appellant )
vs. ) C.A. No. 04M-11-005
Samuel (Sammy) Prado, Pro Se' Defendant Below )
    Appellee. )

## NOTICE OF APPEAL

To:   Samuel (Sammy) Prado, Pro Se'

**PLEASE TAKE NOTICE THAT** DWIGHT L. DAVIS, Pro Se' Plaintiff, below Appellant does hereby appeal to the Supreme Court of the State of Delaware from the **Board of Canvass Order** of the Superior Court, in and for New Castle County, by Judges James T. Vaughn, President Judge and Richard R. Cooch, Resident Judge, dated December 14, 2004 in Civil Action No. 04M-11-005 in that court. A copy of the decision sought to be reviewed is attached hereto. The name and address of the Attorney for the Appellee is Pro Se'. The party against whom the appeal is taken is Samuel Prado.

The name and address of the Attorney below for the party against whom the appeal is not taken is Appellant Pro Se'.

The party against whom the appeal is not taken is Dwight L. Davis.

PLEASE TAKE FURTHER NOTICE that appellant hereby designates the transcript in accordance with Rules 7c(6) and 9e(ii) in the following manner.

The Board of Canvass hearing November 4, 2004, 10:00 am, in the Superior Court and

Dated: 12/27/04

                        Dwight L. Davis, Pro Se'
                        800 West 9th Street
                        Wilmington, DE  191801
                        (302) 428-1427

B-23

## CERTIFICATE OF SERVICE

I, Dwight L. Davis, hereby certify that two (2) correct copies of the attached <u>notice of appeal</u> was delivered by first class mail to:

1. Samuel (Sammy) Prado
   1001 Kirk Street
   Wilmington, DE 19805

2. Mayor James M. Baker
   C/o John Sheridan, City Solicitor, City of Wilmington
   800 N. French Street 9th Floor, Law Department
   Wilmington, DE 19801

3. Elaine Manlove, Administrative Director
   Delaware Department of Elections for New Castle County
   Carvel State Office Building
   820 N. French Street
   Wilmington, DE 19801-3531

_____
Dwight L. Davis, Pro Se'
800 West 9th Street
Wilmington, DE 19801
(302) 654-1993

December 27, 2004

B-24