AUG 1 6 2005

IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| DWIGHT L. DAVIS,<br><br>　　Petitioner Below-<br>　　Appellant,<br><br>　　v.<br><br>SAMUEL PRADO,<br><br>　　Respondent Below-<br>　　Appellee. | §<br>§ No. 562, 2004<br>§<br>§<br>§ Court Below – Superior Court<br>§ of the State of Delaware,<br>§ in and for New Castle County<br>§ C.A. No. 04M-11-005<br>§<br>§<br>§<br>§ |

Submitted: August 8, 2005
Decided: August 15, 2005

Before **STEELE**, Chief Justice, **HOLLAND, BERGER, JACOBS** and **RIDGELY**, Justices, constituting the Court *en Banc*.

### ORDER

This 15th day of August 2005, all five members of the Court have carefully considered the motion for rehearing *en Banc* filed by the appellant and it appears that the motion for rehearing *en Banc* is without merit and should be denied.

NOW, THEREFORE, IT IS HEREBY ORDERED that the motion for rehearing *en Banc* is DENIED.

BY THE COURT:

/s/ Randy Holland
Justice