IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DWIGHT L. DAVIS
   Plaintiff

v.                                    C. A. NO. 05-618 KAJ

CITY OF WILMINGTON
JAMES M. BAKER, in his official
capacity as Mayor of the City of Wilmington,
JOHN SHERIDAN, in his official capacity
As City Solicitor of the City of Wilmington
And SAMUEL PRADO; in his official capacity
As Fifth District Representative on Wilmington City Council
   Defendants



## MOTION FOR DEFAULT IN ACCORDANCE WITH LOCAL
## RULE 7 AND SANCTIONS IN ACCORDANCE LOCAL RULE 11

COMES NOW the plaintiff, Dwight L. Davis, Pro Se' (flesh and blood) man, and request this honorable court for a judgment by default again defendants for their failure to provide an answer within twenty-days after service of this summons upon them

1.    Plaintiff is in receipt of defendants motion to dismiss.

2.    Defendants motion for Leave to file a memorandum of points and authorities in lieu of an opening brief.

3.    Defendants memorandum of points and authorities in support of defendant s motion to dismiss.

Clearly, Rule 7A states, "there shall be a complaint and an answer . . . No other pleading shall be allowed." In accordance with Rule 11 in addition to the relief requested by plaintiff, there should be sanctions against defendants for filing improper motions with the court in an attempt to seek special privileges that are in violation of

local rules. Therefore, plaintiff is opposed to this and any filings against this court that does not constitute an answer.

September 14, 2005

*/s/ Dwight L. Davis*
Dwight L. Davis Pro Se
800 West 9th Street
Wilmington, Delaware 19801
302 654-1993

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DWIGHT L. DAVIS
    Plaintiff

v.                                      C. A. NO. 05-618 KAJ

CITY OF WILMINGTON
JAMES M. BAKER, in his official
capacity as Mayor of the City of Wilmington,
JOHN SHERIDAN, in his official capacity
As City Solicitor of the City of Wilmington
And SAMUEL PRADO; in his official capacity
As Fifth District Representative on Wilmington City Council
    Defendants

## CERTIFICATE OF SERVICE

I, Dwight L. Davis, Pro Se' (flesh and blood man), hereby certify 14th day of September, 2005, I hand served Defendants' **MOTION FOR DEFAULT IN ACCORDANCE WITH LOCAL RULE 7 AND SANCTIONS IN ACCORDANCE LOCAL RULE 11 TO:**

    Alex J. Mili, Jr., Esquire (ID. # 4125)
    Assistant City Solicitor
    Louis L. Redding City/County Bldg.
    800 N. French Street, 9th Floor
    Wilmington, DE 19801
    (302) 576-2175
    Attorney for Defendants City of Wilmington, Major
    James M. Baker, Samuel Prado, and John Sheridan

September 14, 2005

                                      Dwight L. Davis Pro Se
                                      800 West 9th Street
                                      Wilmington, Delaware 19801
                                      302 654-1993