IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DWIGHT L. DAVIS, | : | |
| | : | |
| PLAINTIFF, | : | |
| | : | |
| v. | : | C.A. NO. 05-618 KAJ |
| | : | |
| CITY OF WILMINGTON, JAMES M. BAKER, in his official capacity as the Mayor of the City of Wilmington, JOHN SHERIDAN, in his official capacity as the City Solicitor of the City of Wilmington, SAMUEL PRADO, in his official capacity as Fifth District Representative on Wilmington City Council. | : | |
| | : | |
| DEFENDANTS. | : | |

## ORDER

**IT IS HEREBY ORDERED** that on this _____ day of _____, 2005, Plaintiff's Motion for Default and Rule 11 Sanctions is **DENIED**.

_____
J.