IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DWIGHT L. DAVIS,<br><br>PLAINTIFF,<br><br>v.<br><br>CITY OF WILMINGTON, JAMES M. BAKER, in his official capacity as the Mayor of the City of Wilmington, JOHN SHERIDAN, in his official capacity as the City Solicitor of the City of Wilmington, SAMUEL PRADO, in his official capacity as Fifth District Representative on Wilmington City Council.<br><br>DEFENDANTS. | : | C.A. NO. 05-618 KAJ |

**CERTIFICATE OF SERVICE**

I, Alex J. Mili, Jr., Esq., hereby certify that on this 15th day of September, 2005, I electronically filed Defendants' Opposition to Plaintiff's Motion for Default and Rule 11 Sanctions, with the Clerk of Court, using CM/ECF which will send notification of such filing to the following individual, to whom I have also forwarded a hard copy via U.S. Mail, postage prepaid:

Dwight L. Davis
800 West 9th Street
Wilmington, DE 19801

/s/ Alex J. Mili, Jr.

Alex J. Mili, Jr., Esquire (Id. # 4125)
Assistant City Solicitor
Louis L. Redding City/County Bldg.
800 N. French Street, 9th Floor
Wilmington, DE 19801
(302) 576-2175
Attorney for Defendants City of Wilmington, Mayor James M. Baker, Samuel Prado, and John Sheridan