IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DWIGHT L. DAVIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-618-KAJ |
| | ) |
| CITY OF WILMINGTON, ET AL., | ) |
| | ) |
| Defendants. | ) |

### ORDER

At Wilmington this **19th** day of **January, 2006**,

WHEREAS, defendants filed a motion to dismiss (D.I. 6) on September 12, 2005;

WHEREAS, plaintiff has failed to file a response to the motion;

WHEREAS, plaintiff filed a motion for default as to all defendants (D.I. 8) on September 14, 2005, and defendants filed a response (D.I. 9) on September 15, 2005; therefore,

IT IS ORDERED that plaintiff's motion for default (D.I. 8) is DENIED;

IT IS FURTHER ORDERED that plaintiff shall file a response to defendants' motion to dismiss (D.I. 6) on or before February 17, 2006 or this case will be dismissed for failure to prosecute.

_____
UNITED STATES DISTRICT JUDGE