IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DWIGHT L. DAVIS, | : | |
| PLAINTIFF, | : | |
| | : | |
| v. | : | C.A. NO. 05-618 KAJ |
| | : | |
| CITY OF WILMINGTON, JAMES M. BAKER, in his official capacity as the Mayor of the City of Wilmington, JOHN SHERIDAN, in his official capacity as the City Solicitor of the City of Wilmington, SAMUEL PRADO, in his official capacity as Fifth District Representative on Wilmington City Council. | : | |
| DEFENDANTS. | : | |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED, by and between the parties in the above captioned case, through the undersigned, that the Complaint and all the alleged claims against the Defendants are hereby dismissed with prejudice.

_____
Alex J. Mili, Jr., Esquire (I.D. #4125)
Assistant City Solicitor
City of Wilmington Law Department
800 French Street, 9th Floor
Wilmington, DE 19801
Attorney for Defendants

Dated: 1/23/06

_____
Dwight L. Davis
800 West 9th Street
Wilmington, DE 19801
Pro Se Plaintiff

Dated: 1/23/06